

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-20-00567-CV

Brad G. **GROUNDS**, HAP Land LLC, Shale Marketplace LLC and GW3 Royalties LLC.,
Appellants

v.

**FIRST GROUNDROCK ROYALTIES, LLC**, Step Groundrock Investment, LP and South
Texas Energy Partners, LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05965
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' reply brief is due on March 2, 2021. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for an extension of time to file the reply brief.

Appellants' motion is GRANTED. Appellants' reply brief is due on March 12, 2021. *See id.* R. 38.6(d).

It is so **ORDERED** on February 23, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court